# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 15-3064-01-CR-S-MDH |
| Plaintiff, | 18 U.S.C. § 2250(a) |
| | NMT 10 Years Imprisonment |
| v. | NMT $250,000 Fine |
| | NLT 5 Years and NMT Life Supervised |
| **JOHN WILLIAM RINGER,** | Release |
| [DOB: 07/03/1985] | Class C Felony |
| Defendant. | $100 Special Assessment |

## I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

Between March 6, 2015, and April 10, 2015, said dates being approximate, in the Western District of Missouri, and elsewhere, the defendant, **JOHN WILLIAM RINGER**, a person required to register under the Sex Offender Registration and Notification Act, traveled in interstate commerce, and knowingly failed to register or update a registration as required by the Sex Offender Registration and Notification Act, all in violation of Title 18, United States Code, Section 2250(a).

**A TRUE BILL**

*/s/*
FOREPERSON OF THE GRAND JURY

*/s/ Patrick A.N. Carney*
**PATRICK A.N. CARNEY**
Assistant United States Attorney

DATED:     06/16/2015
              Springfield, Missouri

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

## CRIMINAL CASE COVER SHEET

<u>**County of Offense / Division of Filing**</u>

Greene / Southern

<u>**Matter to be Sealed**</u>

☐ Secret Indictment
☐ Juvenile

**Defendant Information**

Defendant Name: John William Ringer

Alias Name:

Birth Date: 07-03-1985

**Related Case Information**

Superseding Indictment? ☐ Yes ■ No  If yes, original case number:
New Defendant(s)? ■ Yes ☐ No

Prior Complaint Case Number, if any:

Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

AUSA Patrick Carney

**Interpreter Needed?**

☐ Yes  Language and/or Dialect:
☐ No

**Location Status**

Arrest Date:

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?** ☐ Yes ☐ No
**Warrant Required?** ☐ Yes ☐ No

**U.S.C. Citations**

Total # of Counts    1

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 18:2250.F FAILURE TO REGISTER AS A SEX OFFENDER | 1 |
| 2 | | |
| 3 | | |
| 4 | | |

(May be continued on reverse)