TO: Honorable Judge Walter H. Rice, US District Court Southern District of Ohio, Dayton

200 W 2nd St, Dayton, OH 45402

From: John William Ringer

11 S Church St, Jamestown, OH 45335

To: Honorable Judge Walter H. Rice,

    I am writing you in hopes you could review some of my special conditions that the US Court Western District of Missouri, Southern Division Springfield imposed on me. The First three conditions are all one in the same which is restrict my ability to get on the internet and a complete ban on social media sites like indeed, YouTube, etc. etc. considering my sex offence happened over 16yrs ago and I have no internet crimes I would ask this honorable court to vacate conditions K, L, and M. I would also like this court to review condition C. Which makes it hard for me to be a father to my kids and my step-kids. I'm not asking to vacate just to change the wording to "except the defendant's own children" and possibly add "and the defendant's current fiancée's children" too. The final condition I would like this Honorable Court to look at is special condition H. Since I don't have to register in the state of Ohio and how long ago my sex offense was to vacate this condition would help my find housing closer to my job and allow my to be able to live with my fiancée easier.

    With that said I would also like this Honorable court to take in account how long ago my sex offense was, and I've had no new sex offenses. The struggle that me and my family must go through when it comes to finding housing, being able to go to school functions, or taking me and my fiancée kids to parks. I know that these conditions are set to protect the public's safety and should be imposed if there is a threat to that safety. But I have completed my entire sentence for my sex offense that the Ohio Juvenile Court imposed which was min 1yr in DYS and a 10-year registration as a juvenile offender. I do not have to register anymore in the State of Ohio. If this Honorable Court could also maybe look at all my other condition of supervised release and make changes too that would be grateful not only on me but to my family.

Thank you, for your consideration.

Sincerely,

John William Ringer